IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:14CR078 |
| vs. | : | JUDGE THOMAS M. ROSE |
| KENT PATRICK SCOTT | : | ORDER DISMISSING INDICTMENT |

Upon Motion of the United States and for good cause shown, the Indictment returned on May 29, 2014, in the above entitled action is hereby dismissed as to Defendant KENT PATRICK SCOTT.

DATE: 6-5-14

JUDGE THOMAS M. ROSE
UNITED STATES DISTRICT COURT